UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NELLA COFFEY, | No. 2:21-cv-01743 AC |
| Plaintiff, | |
| v. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

On March 29, 2022, the Commissioner filed the administrative record in this case. ECF No. 9. On April 1, 2022, the court lifted the previously issued stay on this action and notified plaintiff that her motion for summary judgment was due within 45 days. ECF No. 10 at 1. That deadline has now passed, and plaintiff has not filed the anticipated motion. Good cause appearing, IT IS HEREBY ORDERED that plaintiff shall show cause, within 14 days, why this failure to file a motion for summary judgment should not be deemed a waiver of the right to file such a motion at any time, and why this case should not be dismissed for failure to prosecute. Filing a motion for summary judgment within this timeframe will discharge this order.

DATED: May 19, 2022

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE