```
1   PHILLIP A. TALBERT
    United States Attorney
2   PETER K. THOMPSON (HI 5890)
    Acting Regional Chief Counsel
3   MARGARET LEHRKIND, CSBN 314717
    Special Assistant United States Attorney
4        Social Security Administration
         160 Spear Street, Suite 800
5        San Francisco, CA 94105
         Telephone: (510) 970-4829
6        Facsimile: (415) 744-0134
7   Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| NELLA COFFEY,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant.[1] | No. 2:21-cv-01743-AC<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR EXTENSION TO FILE DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

    IT IS HEREBY STIPULATED, by and between Nella Coffey (Plaintiff) and Kilolo Kijakazi, Acting Commissioner of Social Security (Defendant), by and through their respective counsel of record, that, with the Court's approval, Defendant shall have an extension of time of thirty (30) days to file a Response to Plaintiff's motion for summary judgment. This is Defendant's first request for an extension on her Response to Plaintiff's motion. The current due

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted, therefore, for Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

date is July 15, 2022. The new date will be August 14, 2022. All other deadlines will extend accordingly.

Good cause exists for this request. Defendant's counsel has worked diligently to meet the timelines provided by the Court but has been prevented from doing so by her busy schedule. Defendant's counsel has sixty-five other active cases in various stages of litigation and 12 responsive briefs due in the next 30 days. Defendant's counsel also has other responsibilities with another practice group in her office where the work cannot be extended. Defendant requests this extension in good faith, and with no intent to delay these proceedings unnecessarily. Defendant apologizes to the Court for any inconvenience caused by this delay.

Respectfully submitted,

DATE: July 14, 2022

*/s/ Jared Thomas Walker*
JARED THOMAS WALKER
Attorney for Plaintiff
(as approved via email)

PHILLIP A. TALBERT
United States Attorney

DATE: July 14, 2022      By    *s/ Margaret Lehrkind*
MARGARET LEHRKIND
Special Assistant United States Attorney

Attorneys for Defendant

ORDER

Pursuant to stipulation, it is so ordered.

DATE:  July 18, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE